BEFORE THE SECOND DIVISION, APRIL 17, 1939

**No. 41067.**—Protest 971188–G of Geo. E. Mallison Importing Co., Inc. (New York).

665

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of Abstract 39513 the merchandise in question was held dutiable as carpeting at 35 percent under paragraph 921 as claimed.